# Notice Recipients

District/Off: 0420–7      User: admin      Date Created: 5/27/2020
Case: 19–06130–hb      Form ID: trc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
543757143    Rushmore Loan Mgmt Ser      Pob 52708      Irvine CA 92619

TOTAL: 1